United States District Court
Southern District of Texas
**ENTERED**
November 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAURO HINOJOSA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:22-CV-233 |
| CALLAN MARINE LTD., AND GARBER BROS., LLC, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed motion to dismiss with prejudice as to the defendant Callan Marine Ltd. Dkt. 30. Having considered the motion based upon a confidential settlement entered between the plaintiff, Mauro Hinojosa, and the defendant, Callan Marine Ltd., the court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by the plaintiff against the defendant, Callan Marine.

Each party to bear their/its own respective costs and attorneys' fees.

Signed on Galveston Island this 20th day of November, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE